USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS HERRERA,

                Plaintiff,

      - against -

MAKE-UP ART COSMESTICS INC.,

                Defendant.
------------------------------------------------------------X

23-CV-5245 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Based on the Civil Case Management Plan and Scheduling Order that was issued on July 18, 2023 (Dkt. 16), the parties were due to submit a joint status letter to the Court by October 18, 2023 but did not do so. Accordingly, the parties shall file a status update by December 6, 2023.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.